# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    Plaintiff

        **v.**

**DEWIN SANCHEZ-SERRANO**

    Defendant

**Criminal No.      12CR00620-01 (ADC)**

## MOTION NOTIFYING SUPERVISED RELEASE VIOLATIONS

## AND REQUESTING THE ISSUANCE OF AN ARREST WARRANT

**TO THE HONORABLE AIDA DELGADO-COLON**
**UNITED STATES DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

COMES NOW, RAY RIVERA-NAVAS, U.S. PROBATION OFFICER OF THIS HONORABLE COURT, informing that on June 30, 2017, Mr. Dewin Sanchez-Serrano commenced his supervised release term, scheduled to expire on June 29, 2020. Mr. Sanchez-Serrano has incurred in the following violations for his supervised release:

Standard Condition # 6 **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment"**

On August 29, 2018, Mr. Dewin Sanchez-Serrano attended the United States Probation Office, District of Puerto Rico, for an appointment with his supervising officer. As of that date, all efforts to locate and establish communication with Mr. Dewin Sanchez-Serrano have been unsuccessful. He is not residing at the address of record and all contact numbers provided have been disconnected.

**WHEREFORE**, in view of the aforementioned violation and unless ruled otherwise, it is respectfully requested that a warrant for his arrest be issued so that he may be brought before

this Honorable Court to show cause why his supervision term should not be revoked. Thereupon, that he be dealt with pursuant to law.

In San Juan, Puerto Rico, this December 27, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2018, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, December 27, 2018.

Respectfully submitted,

LUIS O.  ENCARNACION, Chief
U.S. PROBATION OFFICER


***s/ Ray Rivera-Navas***
Ray Rivera-Navas
U.S. Probation Officer
Federico Degetau Federal Office
Chardón Avenue, Rm. 400
San Juan, PR   00918
Tel.: 787-766-5819
Email: ray_rivera-navas@prp.uscourts.gov