# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>DEWIN SANCHEZ-SERRANO<br><br>Defendant | Criminal No.    12CR00620-01 (ADC) |

## SUPPLEMENTAL MOTION

## NOTIFYING ADDITIONAL SUPERVISED RELEASE VIOLATIONS

TO THE HONORABLE AIDA DELGADO-COLON
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW, RAY RIVERA-NAVAS, U.S. PROBATION OFFICER OF THIS HONORABLE COURT, informing that on June 30, 2017, Mr. Dewin Sanchez-Serrano commenced his supervised release term, scheduled to expire on June 29, 2020. On December 27, 2018 an informative motion notifying supervised release violations was filed under docket number 52. As of that filing, the United States Probation Office has identified that Mr. Sanchez-Serrano incurred in additional supervised release violations, as follows:

1. Mandatory Condition # 1 **"You must not commit another federal, state or local crime".**

   According to criminal complaint filed at the United States District Court for the District of Puerto Rico with case number 18-1563(m), Mr. Dewin Sanchez-Serrano violated Title 18 United States Sentencing Code Section 922 (g)(1). Based on video surveillance of the Like Liquor Store in San Juan, on October 8, 2018, at approximately 5:30 am, Mr. Dewin Sanchez-Serrano entered the establishment and

used a firearm to fire shots that killed one person and injured four others.

On March 14, 2019 Mr. Sanchez-Serrano appeared in the United States District Court for the District of Puerto Rico before Magistrate Judge Marshal D. Morgan and a Detention Hearing was set for March 28, 2019 at 9:30 am.

**WHEREFORE**, in view of the additional violation and unless ruled otherwise, it is respectfully requested that the content of this motion be made part of the motion filed on December 27, 2018, thereupon, that he be dealt with pursuant to law.

In San Juan, Puerto Rico, this March 18, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2019, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, March 18, 2019.

Respectfully submitted,

LUIS O. ENCARNACION, Chief
U.S. PROBATION OFFICER

*s/ Ray Rivera-Navas*
Ray Rivera-Navas
U.S. Probation Officer
150 CarlosChardón Avenue,
Rm.225
San Juan, PR   00918
Tel.: 787-766-5819
Email: ray_rivera-navas@prp.uscourts.gov